(82 South. 894)

COX v. STATE. (7 Div. 604.) (Court of Appeals of Alabama. June 10, 1919.) Appeal from Circuit Court, Etowah County; J. E.

---

[1] 203 Ala. 513.

Blackwood, Judge. J. Q. Smith, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed.